O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR10-458-CAS |
|---|---|
| Plaintiff, | ) |
| v. | ) REVOCATION OF SUPERVISED |
| RUSSELL EO, | ) RELEASE AND JUDGMENT |
| Defendant. | ) |
| _____ | ) |

On August 19, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on December 28, 2012. Government counsel, Nicholas Trutanich, the defendant and his appointed CJA attorney, Errol Stambler, were present. The U.S. Probation Officer, Richard Hwang, was also present.

The defendant admits allegations 1, 2, 3, 4, 5, 6, and 7, in violation of his supervised release as stated in the petition filed December 28, 2012. The Court grants the Government's request to dismiss allegation 8 in the petition filed December 28, 2012.

THE COURT FINDS the admissions voluntary and knowledgeable and accepts them.

THE COURT FURTHER FINDS that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of July 25, 2011.

///

///

IT IS ORDERED AND ADJUDGED that defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of thirteen (13) months, with no supervision to follow.

The Court hereby recommends that defendant participate in any and all drug and alcohol program(s) and counseling, if available.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: August 19, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk